# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS SANSEVERINO, | 3:09-CV-0294-ECR (RAM) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | November 17, 2009 |
| STATE OF NEVADA, ex rel its DEPARTMENT OF TRANSPORTATION, SUSAN MARTINOVICH, in her individual and official capacity, ROBERT CHISEL, in his individual and official capacity, KIMBERLY KING, in her individual and official capacity, and DAVID LOAR, in his official and individual capacity, | |
| Defendants. | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Request to Set Aside Defaults of Clerk Against Defendants Martinovich, Chisel, King and Loar in their Individual Capacities (Doc. #22). Good cause appearing,

**IT IS HEREBY ORDERED** that the Defaults by Clerk against Defendants Martinovich, Chisel, King and Loar on October 19, 2009, are set aside.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK
By:            /s/
Deputy Clerk