## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS SANSEVERINO, ) | 3:09-CV-0294-ECR (RAM) |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | November 17, 2009 |
| STATE OF NEVADA, ex rel its DEPARTMENT OF TRANSPORTATION, SUSAN MARTINOVICH, in her individual and official capacity, ROBERT CHISEL, in his individual and official capacity, KIMBERLY KING, in her individual and official capacity, and DAVID LOAR, in his official and individual capacity, ) | |
| Defendants. ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed a Motion for Extension of Time to Respond to the First Amended Complaint (Doc. #29).

The defaults previously entered against Defendants by the Clerk have been set aside (Doc. #30).

Defendants' Motion for Extension of Time (Doc. #29) is **GRANTED** to the extent that Defendants shall have thirty (30) days from the date of this Order in which to respond to Plaintiff's First Amended Complaint.  **NO FURTHER EXTENSIONS SHALL BE GRANTED.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK
By:_____/s/_____
Deputy Clerk